Krause et ux., Appellants, *v.* Philadelphia
Transportation Company et al.

Argued June 15, 1971. *Henry J. Lotto,* for appellants; *John P. Mason,* for appellee.

Order affirmed.

SPAULDING, J., absent.

Marrazzo et al., Appellants, *v.* Scranton Nehi
Bottling Company, Inc.

Argued June 14, 1971. *Paul A. Barrett,* with him *Russell J. O'Malley,* and *Nogi, O'Malley & Harris,* for appellants; *Harry P. O'Neill, Jr.,* with him *Ralph P. Needle* and *Paul A. McGlone,* for appellee.

Judgment affirmed.

Parisella et al. *v.* Pizio, Appellant.

Argued June 18, 1971. *Rames J. Bucci,* with him *Bucci & Bucci,* for appellant; *James A. Burgess, Jr.,* for appellees.

Judgment affirmed.

MONTGOMERY, J., dissents.